UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE ROBERT SHAW,

        Petitioner,

v.

DONALD HOLBROOK,

        Respondent.

Case No. C19-0488-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, docket no. 9;

(2)    Petitioner's petition for writ of habeas corpus, docket no. 7, is DENIED;

(3)    Ground 3 is DISMISSED with prejudice. Grounds 1, 2, and 4 are DISMISSED without prejudice;

(4)    A certificate of appealability is DENIED as to all grounds for relief. *See* 28 U.S.C. § 2253(c); and

/ / /

(5) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

Dated this 13th day of August, 2019.

                                         /s/ Thomas S. Zilly
                                         Thomas S. Zilly
                                         United States District Judge

ORDER OF DISMISSAL - 2